UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILANDER PHILIPPEAUX,

               Plaintiff,

-against-

ALVIN ERNEST ENTIN, ENTIN & DELLA
FERA, P.A., JOYCE LONDON, JOYCE
LONDON, P.C., AND CHRISTOPHER
MADIOU, ESQ.,

               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2020

19 **CIVIL** 2205 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 5, 2020, the Report and Recommendation is adopted in its entirety. Defendants' motions to dismiss are granted and this case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         February 6, 2020

                                                    **RUBY J. KRAJICK**

                                                    Clerk of Court

**BY:**

                                                  **Deputy Clerk**